# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1219
L.T. Case No. 2012-CF-035337-A

_____

BRANDON L. BRADLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Brandon L. Bradley, Lowell, pro se.

No Appearance for Appellee.

June 3, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____